AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

AMERICAN SERVICE INSURANCE COMPANY, INC.,

　　　　　　Plaintiff,

v.

WEBBER'S TRANSPORTATION, LLC, et al.,

　　　　　　Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:　4:20-cv-13

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated August 26, 2022, Plaintiff American Service's Motion for summary judgment is granted. Judgment is entered in favor of plaintiff, and this case stands closed.

Approved by: _____



August 30, 2022　　　　　　　　　　　　John E. Triplett, Clerk of Court
Date　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

GAS Rev 10/2020